

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00213-CV

Sylvia **MORAN** and Leo J. Moran,
Appellants

v.

**WELLS FARGO USA HOLDINGS, INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019-CV-02303
Honorable Gloria Saldana, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: September 25, 2019

DISMISSED

Appellants, Sylvia and Leo J. Moran, filed a motion to dismiss, requesting that this court dismiss their appeal. The motion states that the parties have conferred and that appellee, Wells Fargo USA Holdings, Inc., does not oppose the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM